NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)

E-Filed on December 16, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**WILLIAM HOPE**
**JERIANNE HOPE**

               Debtor(s).

Chapter 13
Case No. 09-20266-mkn

DATE: 1/13/2010
TIME: 1:30 p.m.

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtors, WILLIAM HOPE and JERIANNE HOPE, by and through their attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respectfully request this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, by and through its attorneys, GREGORY L. WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under subsection (a) of this section, if-
>
> (A)    the debtor does not have an equity in such property AND

...

(B)  such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtors' property has liens of approximately $275,594.39 for the property located at 5086 Cartaro Dr. Las Vegas, NV 89103, and the home is necessary for an effective reorganization. Debtors believe that they may have minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1. Debtors acknowledge that if they are late on the post petition mortgage payments, they will need some time to acquire the necessary funds to cure all post-petition arrearages.

2. Debtors' intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtors request that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
    NARRAH F. NEWARK, ESQ.
    NB#008201
    Attorney for Debtor(s)

2

## CERTIFICATE OF MAILING OF OPPOSITION TO MOTION
## FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that on___December 16, 2009___, I faxed and mailed a true and correct copy by facsimile and by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

Federal National Mortgage
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Kathleen Leavitt, Trustee
201 Las Vegas Blvd., S., #200
Las Vegas, NV 89101
**VIA ECF**

William and Jerianne Hope
5086 Cartaro Dr.
Las Vegas, NV 89103

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM

## ** SECTION 362 INFORMATION SHEET **

William Hope and Jerianne Hope
DEBTORNV362#

Chapter 13
Case No.: 09-20266-mkn

Federal National Mortgage Association
MOVANT

PROPERTY INVOLVED IN THIS MOTION: 5086 Cartaro Dr., Las Vegas NV 89103

NOTICE SERVED ON: Debtor(s) ___x___; Debtor (s) Counsel ___x___; Trustee ___x___

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:<br><br>1st Federal National Mortgage Association<br>$275,584.39 (PB)<br><br>2nd Stripped per Order<br><br>Total Encumbrances:    $275,594.39<br><br>APPRAISAL or OPINION as to VALUE:<br>Per attached Schedule "A" $165,132.00 | The EXTENT and PRIORITY of LIENS:<br><br>1st  275,584.39<br>2nd  Stripped<br><br>Total Encumbrances: $ 275,584.39<br><br>APPRAISAL or OPINION as to VALUE: |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR**<br><br>Amount of Note: $284,000.00<br>Interest Rate: 7.375<br>Duration: 30 Year<br>Payment Per Month: $ 2,110.94<br>Date of Default: December 1, 2008<br>Amount of Arrearages: $7561.60<br>Date of Notice of Default: June 16, 2009<br>SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br><br>SUBMITTED BY: _____<br><br>SIGNATURE: _____ | **OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:**<br><br>Feb. payment on time<br>Arrears over 6 months<br>Start Feb. 20<br><br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: _Hannah Hopes_<br><br>SIGNATURE: _____ |

EXHIBIT B