**Entered on Docket**
**February 02, 2010**

_____
Hon. Mike K. Nakagawa
**United States Bankruptcy Judge**

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Federal National Mortgage Association
09-78030

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-20266-mkn |
| William J. Hope and Jerianne Hope | Date: 1/13/2010<br>Time: 1:30 pm |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1
2          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4   Secured Creditor Federal National Mortgage Association, its assignees and/or successors in interest, of

5   the subject property, generally described as 5086 Cartaro Dr, Las Vegas, NV 89103, and legally

6   described as follows:

7          LOT 8 IN BLOCK 2 OF VALLEY WEST 7 - PHASE 1, AS SHOWN BY MAP THEREOF
           ON FILE IN BOOK 21 OF PLATS, PAGE 1 IN THE OFFICE OF THE COUNTY
8          RECORDER OF CLARK COUNTY, NEVADA.

9          IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

10  Debtors at least five business days' notice of the time, place and date of sale.

11
12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

3  the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5    DATED this _____ day of _____, 2010.

6  Submitted by:

7  **WILDE & ASSOCIATES**

8  By:____/s/Gregory L. Wilde, Esq_____
9  **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107
11
   APPROVED / DISAPPROVED
12
   By:_____
13 Narrah F. Newark
14 201 LAS VEGAS BLVD., S., #350
   Las Vegas, NV 89101
15 Attorney for Debtor(s)
   Nevada Bar No:_____
16

17 APPROVED / DISAPPROVED

18 By:_____
19 Kathleen A Leavitt
   201 Las Vegas Blvd., So. #200
20 Las Vegas, NV  89101
   Chapter 13 Trustee
21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    __x__ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or    _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor